| | | | |
|---|---|---|---|
| Com. v. Cunnane | 2952 EDA 2015<br>Vacated and<br>Remanded | 01/20/2017 | CP–09–CR–0000338–<br>2015<br>(Bucks) |
| Com. v. Garland | 3276 EDA 2015<br>Affirmed | 01/20/2017 | CP–51–CR–0003734–<br>2013<br>(Philadelphia) |
| Com. v. Ford | 3840 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–CR–0006600–<br>2011<br>(Philadelphia) |
| Sibley v. Barr & McGogney Law Firm | 174 EDA 2016<br>Quashed | 01/20/2017 | 2011–07256–27<br>(Bucks) |
| Com. v. Wright | 1014 EDA 2016<br>Affirmed | 01/20/2017 | CP–51–CR–0806301–<br>2004<br>(Philadelphia) |
| Com. v. Hill | 1778 EDA 2016<br>Affirmed | 01/20/2017 | CP–23–CR–0004112–<br>1983<br>(Delaware) |
| In the Interest of: D.J.D. Jr. | 1830 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–AP–0000706–<br>2013<br>CP–51–DP–0000691–<br>2012<br>(Philadelphia) |
| In the Interest of: D.J.D. | 1831 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–AP–0000705–<br>2013<br>CP–51–DP–0000690–<br>2012<br>(Philadelphia) |
| In the Interest of: S.J.Q.M. | 1832 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–AP–0000707–<br>2013<br>CP–51–DP–0052618–<br>2010<br>(Philadelphia) |
| Com. v. Stewart [24] | 2199 MDA 2015<br>Affirmed | 01/20/2017 | CP–36–MD–0001267–<br>2015<br>(Lancaster) |
| In the Interest of: M.B. | 791 MDA 2016<br>Affirmed | 01/20/2017 | CP–36–DP–0000030–<br>2016<br>CP–36–DP–0000031–<br>2016<br>CP–36–DP–0000032–<br>2016<br>CP–36–DP–0000033–<br>2016<br>CP–36–DP–0000034– |

**24.** Petition for reargument denied March 31, 2017.